

**Liebowitz Law Firm, PLLC**
ATTORNEYS FOR THE PHOTOGRAPHIC ARTS

11 SUNRISE PLAZA, STE. 305
VALLEY STREAM, NY 11580
(516) 233-1660
WWW.LIEBOWITZLAWFIRM.COM

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED: JUL 2 2 2019

July 18, 2019

Honorable George B. Daniels
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:  *Bass v. American Broadcasting Companies, Inc. (1:19-cv-49-GBD)*

Dear Judge Daniels,

We represent Plaintiff, Gabriella Bass, in the above in-captioned case. The parties have reached a settlement in principle and respectfully request that this Court administratively dismiss the action with leave to reopen the case in thirty (30) days from today's date if the parties have not submitted their final stipulation of dismissal by such time.

The Court's consideration is much appreciated.

Respectfully submitted,

**SO ORDERED:**

George B. Daniels, U.S.D.J.

Dated: JUL 2 2 2019

/s/Richard Liebowitz
Richard P. Liebowitz

*Counsel for Plaintiff Gabriella Bass*